# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY N. JONES, #112734,** | : |
| **Plaintiff,** | : |
| vs. | : CIVIL ACTION 09-0835-CG-M |
| **GRANTT CULLIVER, et al.,** | : |
| **Defendants.** | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that the claims against Defendants Culliver, Patterson, Folk, and Hicks be dismissed without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted; that the claims against Defendants White, Thomas, and Marks be dismissed without prejudice for lack of venue; and that the request for a preliminary injunction be denied as moot.

**DONE and ORDERED** this 23rd day of August, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE