IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY N. JONES,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 09-0835-CG-M |
| **GRANTT CULLIVER, et al.,** | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Motion for Temporary Restraining Order or, in the Alternative, for a Preliminary Injunction (Docs. 30. 31) be and is hereby **DENIED** as **MOOT**.

**DONE and ORDERED** this 23rd day of August, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE