**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ANTHONY N. JONES, #112734,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION 09-0835-CG-M** |
| **GRANTT CULLIVER, <u>et al.</u>,** | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the plaintiff's motion for permission to appeal <u>in forma pauperis</u> is hereby **DENIED** because the appeal is frivolous and not taken in good faith.

**DONE and ORDERED** this 18th day of November, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE