IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY N. JONES, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 09-0835-CG-M |
| GRANTT CULLIVER, et al., | : | |
| Defendants. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 25th day of October, 2011.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE